UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STANFORD CHARLES CLANTON,

                    Plaintiff,

-against-

ANTONY JOHN BLINKEN, *ET AL.*,

                    Defendants.

23-CV-4284 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 24, 2023, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Instead, on June 21, 2023, Plaintiff filed a "Master Bill of Lading," to which was attached a $1.00 bill.

      Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Clerk of Court is directed: (1) to issue a check in the amount of $1.00; and (2) send the check and copy of this order to Plaintiff by certified mail. This order closes the case.

      The Clerk of Court is further directed to enter judgment in this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 26, 2023
             New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge